

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,653-02

### EX PARTE JOHNNY CALVIN SCOTT, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-396-W011386-1359184-B IN THE 396TH DISTRICT COURT
### FROM TARRANT COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of capital murder and sentenced to life imprisonment. Applicant's conviction was affirmed by the Second Court of Appeals in an unpublished opinion on June 4, 2015. *Scott v. State*, No. 02-14-00183-CR (Tex. App. — Fort Worth 2015) (not designated for publication).

In the instant application, Applicant contends that he is actually innocent based on newly discovered evidence, a supplemental DNA report applying the Texas Forensic Science Commission's new DNA mixture interpretation protocol and corrections to the FBI's database. In

his second ground for relief, Applicant contends that the State withheld favorable evidence from the defense prior to trial.

This Court has reviewed Applicant's first ground for relief and has determined that it is without merit. Therefore, that claim is denied. Applicant's second ground is barred from review under Article 11.07, Section 4 of the Texas Code of Criminal Procedure. Therefore, that claim is dismissed.

Filed: December 5, 2018
Do not publish